01-15-01054-CR



# CHRIS DANIEL

HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/9/2015 10:19:53 AM
CHRISTOPHER A. PRINE
Clerk

December 4, 2015

HONORABLE DENISE BRADLEY
262ND DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name: DAVID LEROY

Cause No: 1471531

Court: 262ND DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 12/03/15
**Sentence Imposed Date:** 12/03/15
**Court of Appeals Assignment:** First  Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    MATTIE KIMBLE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1471531

THE STATE OF TEXAS

V.

David Leroy , A/K/A/ _____

262 District Court / County Criminal Court at Law No. _____

Harris County, Texas

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On Dec 3, 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

12-3-2015
**Date**

David Leroy
**Defendant (Printed name)**

*Charles Brn*
**Attorney (Signature)**

Charles Brown
**Attorney (Printed name)**

0310140O
**State Bar Number**

709 MAIN 790
**Address**

713 222 0733
**Telephone Number**

FILED
Chris Daniel
District Clerk
DEC -3 2015
Time: _____ Harris County, Texas
By _____ Deputy

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
**Defendant (Signature)**

David Leroy
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ DEC 3 2015 _____

By Deputy District Clerk of Harris County, Texas _____

## ORDER

On _____ DEC 3 2015 _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

☑ employing counsel

☑ paying for a clerk's and court reporter's record.

☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED / DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☐ Defendant's / appellant's motion is **GRANTED** and

   ☐ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal.

   ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☑ SET at $ _60,000_____

☐ TO CONTINUE as presently set.

☐ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: _____ DEC 3 2015 _____
12/3/15

_____
JUDGE PRESIDING,
2 6 DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. __147 1531__

THE STATE OF TEXAS

IN THE __262__ DISTRICT COURT

v.

COUNTY CRIMINAL COURT AT LAW NO. _____

__David Leroy__, Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____
Judge

DEC 2 2015
12/2/15
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

**FILED**
Chris Daniel
District Clerk

Mailing Address: _____

State Bar of Texas ID number: __0310140__

Telephone number: DEC -2 2015

Mailing Address: _____

Fax number (if any): Time:_____
Harris County, Texas

By_____
Deputy

Telephone number: _____

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

2-1-16

**Court** 262

**Cause No.** 1421531

## The State of Texas

### David Leroy
### Vs

12-31-15

**Date Notice Of Appeal:** DEC 3 2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** D. Medley
**Court Reporter** M Kimball
**Court Reporter** _____
**Court Reporter** _____

**Attorney on Trial** C. Brown

**Attorney on Appeal** to be det'

**Appointed** _____ **Hired** _____

**Offense** forgery

**Jury Trial:** Yes ✓ No _____

**Punishment Assessed** 5 TDC

**Companion Cases (If Known)** _____

**Amount of Appeal Bond** $60,000

**Appellant Confined:** Yes ✓ No _____

**Date Submitted To Appeal Section** DEC 3 2015

**Deputy Clerk** _____